UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM SOTO, Petitioner, v. RAUL LOPEZ, Respondent. | ) ) ) ) ) ) ) ) ) ) | Case No. CV 10-3525 AHM(JC) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), the Motion to Dismiss the Petition ("Motion to Dismiss"), petitioner's Opposition to the Motion to Dismiss, petitioner's Objections to the original Report and Recommendation, the Superseding Report and Recommendation of United States Magistrate Judge ("Superseding Report and Recommendation"), petitioner's objections to the Superseding Report and Recommendation ("Objections"), and all of the records herein. The Court has further made a *de novo* determination of those portions of the Superseding Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered granting the Motion to Dismiss and dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Superseding Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: December 5, 2011



HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE