UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABRAHAM SOTO, | ) | Case No. CV 10-3525 AHM(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| RAUL LOPEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: December 5, 2011

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**